PER CURIAM.                                    Error.

STATE v. STEPHEN HOLDER.

*Dogs—Larceny.*

Dogs are not the subject of larceny in this state.

INDICTMENT for Larceny, tried at Spring Term, 1879, of DAVIDSON Superior Court, before *Schenck, J.*

The bill of indictment charged the defendant Stephen Holder *alias* Stephen Phillips, with stealing " one dog of the value of one dollar," the property of one T. T. Spaugh. The defendant's counsel moved to quash the indictment on the ground that it did not charge an indictable offence. The motion was allowed, and *Dobson,* solicitor for the state, appealed. (See *State* v. *House,* 65 N. C., 315; *Latham,* 13 Ire., 33.)

*Attorney General,* for the State.

No counsel in this court for the defendant.

ASHE, J.　The defendant was indicted for stealing a dog. It is no offence at common law.　4 Bl. Com., 236; Arch. Cr. Pl., 175; 1 Hale P. C., 512.　The common law is the law of this state, except where altered by statute; and we have no statute making it larceny to steal a dog; therefore, the indictment cannot be sustained.

There is no error.　Let this be certified to the superior court of Davidson county.

No error.　　　　　　　　　　　　　　　　　Affirmed.